IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dejohnette, Nadine Gail

Printed: 1/22/08

Case Number: 04 B 31381
Judge: Hollis, Pamela S
Filed: 8/24/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: December 28, 2007
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 26,200.00 |  |
| Secured: |  | 12,601.65 |
| Unsecured: |  | 6,171.91 |
| Priority: |  | 886.19 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,220.25 |
| Other Funds: |  | 2,620.00 |
| Totals: | 26,200.00 | 26,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | HSBC Auto Finance | Secured | 12,601.65 | 12,601.65 |
| 3. | Internal Revenue Service | Priority | 886.19 | 886.19 |
| 4. | OSI Portfolio Services | Unsecured | 17.26 | 24.10 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 12.00 | 16.75 |
| 6. | Americash Loans, LLC | Unsecured | 52.05 | 72.64 |
| 7. | Internal Revenue Service | Unsecured | 36.69 | 51.23 |
| 8. | Capital One | Unsecured | 146.10 | 203.91 |
| 9. | Capital One | Unsecured | 89.32 | 124.68 |
| 10. | HSBC Auto Finance | Unsecured | 777.15 | 1,084.60 |
| 11. | United States Dept Of Education | Unsecured | 3,291.73 | 4,594.00 |
| 12. | 95th Street Loans | Unsecured |  | No Claim Filed |
| 13. | Household Bank FSB | Unsecured |  | No Claim Filed |
|  |  |  | $ 20,610.14 | $ 22,359.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 276.74 |
| 4% | 78.60 |
| 3% | 58.95 |
| 5.5% | 324.22 |
| 5% | 98.25 |
| 4.8% | 186.07 |
| 5.4% | 197.42 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Dejohnette, Nadine Gail

Printed:  1/22/08

Case Number:  04 B 31381
Judge: Hollis, Pamela S
Filed:  8/24/04

_____
$ 1,220.25

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

